Ra-L
1/4/08

United States District Court
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

v.

LUIS HUGO BARRAGAN

CRIMINAL COMPLAINT

CASE NUMBER: MJ-08-046

(Name & Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently stationed in Richland, Washington. I have served as an FBI Special Agent for 15 months. Prior to serving as an FBI agent, I served for two years as a Police Officer for the Greensboro Police Department in Greensboro, North Carolina; and for three years as a Federal boarding officer with the United States Coast Guard. During my career with the FBI and the police department, I have been involved in investigations involving fugitives.

2. My duties as a Special Agent for the FBI include the investigation of all violations of Federal law and related criminal activities, including, but not limited to, Title 18 United States Code 1073, Unlawful Flight to Avoid Prosecution.

Continued on the attached sheet incorporated herein by this reference.  ☒ Yes  ☐ No

Signature of Complainant J.L. Huckemeyer
Special Agent, Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence
~~January 4,~~ Feb. 15, 2008
Date

at Spokane, Washington
City and State

Cynthia Imbrogno
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

P80104DW.REA.wpd

3. That your complainant is a Special Agent of the FBI with offices in Richland, Washington, and in said capacity is familiar with the files and records of the FBI and of the Benton County, State of Washington, Prosecutor's Office as the same concerns Luis Hugo Barragan.

4. That based upon my knowledge, as aforesaid, an information has been filed in Benton County Superior Court in Benton County, Cause Number 05-1-01493-1, charging Luis Hugo Barragan with Murder in the First Degree in violation R.C.W. 9A.32.030(a)(1).

5. That based upon my knowledge, as aforesaid, Luis Hugo Barragan has not been seen in Benton County since June 7, 2004. Investigation by local law enforcement authorities indicates the Defendant has fled to Mexico.

P80104DW.REA.wpd