Joseph H. Harrington
United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:08-mj-00046-CI-1 |
| Plaintiff, | |
| vs. | Motion for Order of Dismissal With Prejudice |
| LUIS HUGO BARRAGAN, | |
| Defendant. | Without Oral Argument: July 16, 2018 at 6:30 p.m. |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney, for the Eastern District of Washington, submits the following Motion for Order of Dismissal With Prejudice.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Washington hereby dismisses the Criminal Complaint against Defendant, LUIS HUGO BARRAGAN, with prejudice.

Dated: July 16, 2018.

*s/Joseph H. Harrington*
Joseph H. Harrington
United States Attorney

Motion for Order of Dismissal With Prejudice - 1